# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELITE 2016 LLC,** | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-CV-1320 |
| **SHAWN CAUTHON, ET AL** | : | |

## ORDER

**AND NOW**, this 16th day of July 2021, upon consideration of Shawn Cauthon's motion for leave to proceed *in forma pauperis* (ECF No. 1) and Notice of Removal (ECF No. 2), it is **ORDERED** as follows:

1. Cauthon signed both his Notice of Removal and his motion for leave to proceed *in forma pauperis* electronically. (*See* ECF Nos. 1 and 2.) These electronic signatures are acceptable.

2. Cauthon's Motion to Proceed *in Forma Pauperis* is **GRANTED**.

3. This case shall be **REMANDED** to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c).

4. The Clerk of Court is directed to mark this case as **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**